UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Torres Sanchez, et al.

                Plaintiffs,                                                ORDER
                                                                              21 CR 744 (CM)

        v.

KTG Multiservices Inc., et al.

                Defendants.
------------------------------------------------------

McMahon, C.J.,

      On January28, 2021, plaintiff's counsel attempted to file the instant action (1:21-cv-744), but encountered difficulty with the ECF system which timed out before he was able to file the complaint.  The case was later opened under 1:21-cv-751. Counsel now asks for a refund of the filing fee for the 1:21-cv-744 case.

      The request is granted. The Clerk of the Court is to refund the filing fee for case 1:21-cv-744.

      This constitutes the order of the Court.

February 4, 2018

                                                  *Colleen McMahon*
                                      _____
                                                Colleen McMahon
                                           Chief District Court Judge